UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| CEDRIC JONES, as the Surviving Spouse of BRANDI NICOLE GRIFFIN JONES,<br><br>Plaintiff,<br><br>vs.<br><br>WALLACE STEVE ANDERSON, D.O, in His Individual and Professional Capacity; TAMMY NICHOLE BASS, LPN, in her Individual and Professional Capacity; SOUTH GEORGIA CORRECTIONAL MEDICINE, LLC; DR. STEVE ANDERSON BEHAVIORAL MEDICINE, LLC; DR. STEVE ANDERSON, P.C.; SHANTAVIA JACKSON, in her Individual Capacity; LINDA HOLLAND, in her Individual Capacity; ASHLEY RICKETSON, in her Individual Capacity; JOHN COURSON, in his Individual Capacity; BRENT HATCHER, in his Individual Capacity; KALEB SMITH, in his Individual Capacity; MIGUEL LOPEZ, in his Individual Capacity; CHARLES LEWIS SMITH, II, in his Individual Capacity, KIM PHILLIPS, in his Individual Capacity; DOYLE WOOTEN, in his Individual and Professional Capacity; and THE COFFEE COUNTY SHERIFF'S OFFICE,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. _____ |

## **NOTICE OF REMOVAL**

COME NOW Wallace Steve Anderson, D.O, Tammy Nichole Bass, LPN, South Georgia Correctional Medicine, LLC, Dr. Steve Anderson Behavioral Medicine, LLC and Dr. Steve Anderson, P.C., Defendants in the above-styled action**,** and pursuant to 28 U.S.C. § 1446 hereby remove the action now pending in the State Court of Coffee County, State of Georgia Case No.

STC2017000035 styled *Cedric Jones, as the surviving spouse of Brandi Nicole Griffin Jones, Plaintiff, v. Wallace Steve Anderson, D.O, et al.*, wherein Plaintiff demands judgment against Defendants, and respectfully show unto this Honorable Court as follows.

1. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331.

2. This is a civil action arising form Plaintiff Cedric Jones', as the surviving spouse of Brandi Nicole Griffin Jones, claims Defendants violated Brandi Nicole Griffin Jones' due process rights in violation of the Eighth and Fourteenth Amendments of the United States Constitution and 42 USC § 1983.  (See Complaint for Damages, ¶¶ 53, 63, 76).

3. At all times material to this action, Defendants South Georgia Correctional Medicine, LLC, Steve Anderson, D.O. and Tammy Nichole Bass, LPN, had contracts with Coffee County to provide medical services to inmates at the Coffee County Jail.

4. When a private entity contracts with a county to provide medical services to inmates, it performs a function traditionally within the exclusive prerogative of the state and becomes the functional equivalent of the municipality.  See Harvey v. Harvey, 949 F.2d 1127, 1129-30 (11th Cir. 1992); Harris v. Southern Health Partners, Inc., No. 5:11-CV-22, 2013 U.S. Dist. LEXIS 75546 at *24 (M.D. Ga. May 30, 2013).

5. At all times material to this action, Defendants South Georgia Correctional Medicine, LLC, Steve Anderson, D.O. and Tammy Nichole Bass, LPN were acting under color of law within the meaning of § 1983 in their alleged care and treatment of Brandi Nicole Griffin Jones.  As such, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 to decide this controversy arising from alleged violations of the Eighth and Fourteenth Amendments of the United States Constitution and 42 USC § 1983.

6. At all times material to this action, Defendants Dr. Steve Anderson Behavioral Medicine, LLC and Dr. Steve Anderson, P.C. had no affiliation with Coffee County and never rendered medical treatment to Brandi Nicole Griffin Jones and, as such, are improperly named Parties.

7. This action was commenced in the State Court in and for Coffee County, Georgia. Defendants Wallace Steve Anderson, D.O, Tammy Nichole Bass, LPN, South Georgia Correctional Medicine, LLC, Dr. Steve Anderson Behavioral Medicine, LLC and Dr. Steve Anderson, P.C. initially learned of Plaintiff's Complaint, said pleading specifically naming them as Defendants for the first time, on or about May 17, 2017, following service of process.

8. The Affidavit of counsel, Brantley C. Rowlen, Esq., is submitted as **Exhibit 'A'** in support of this Notice of Removal.

9. Copies of all process, pleadings and orders served upon Defendants and such other papers that are attachments as required by 28 U.S.C. § 446 and local court rules, are filed herein. (See composite **Exhibit 'B'**).

10. Pursuant to 28 U.S.C. §1446(d), Defendants have provided written notice to all adverse parties and has filed a copy of this Notice of Removal with the Clerk of the State Court in and for Coffee County, Georgia. (A copy of the Notice of Filing Notice of Removal to opposing counsel is attached hereto as **Exhibit 'C'**; a copy of the Certification of Notice of Removal is attached hereto as **Exhibit 'D'**).

WHEREFORE, Defendants Wallace Steve Anderson, D.O, Tammy Nichole Bass, LPN, South Georgia Correctional Medicine, LLC, Dr. Steve Anderson Behavioral Medicine, LLC and Dr. Steve Anderson, P.C., respectfully submit this matter to this Court's jurisdiction.

This 1st day of June, 2017.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/Brantley C. Rowlen*
Brantley C. Rowlen
Georgia Bar No. 153031
Kristin M. Roquemore
Georgia Bar No. 319485

1180 Peachtree Street, NE
Suite 2900
Atlanta, Georgia  30309
404.348.8585
404.467.8845 (fax)
brantley.rowlen@lewisbrisbois.com
kristin.roquemore@lewisbrisbois.com

Counsel for Defendants Wallace Steve Anderson, D.O, Tammy Nichole Bass, LPN, South Georgia Correctional Medicine, LLC, Dr. Steve Anderson Behavioral Medicine, LLC and Dr. Steve Anderson, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing **Notice of Removal** by sending a copy via the United States Postal Service to counsel for Plaintiff, addressed as follows:

Michael Hill
George L. Phillips, Jr.
DOZIER LAW FIRM, LLC
327 Third Street
Macon, Georgia 31202
*Attorney for the Plaintiff*

This 1st day of June, 2017

        /s/Brantley C. Rowlen_____
        Brantley C. Rowlen
        Georgia Bar No.: 153031

LEWIS BRISBOIS BISGAARD & SMITH, LLP
1180 Peachtree Street, NE
Suite 2900
Atlanta, Georgia  30309
404.348.8585
404.467.8845 (fax)
brantley.rowlen@lewisbrisbois.com

Counsel for Defendants Wallace Steve Anderson, D.O, Tammy Nichole Bass, LPN, South Georgia Correctional Medicine, LLC, Dr. Steve Anderson Behavioral Medicine, LLC and Dr. Steve Anderson, P.C.