UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| CEDRIC JONES, as the surviving spouse of BRANDI NICOLE GRIFFIN JONES, | ) ) ) | CIVIL ACTION FILE |
| Plaintiff, | ) ) | NO. _____ |
| vs. | ) ) ) | |
| WALLACE STEVE ANDERSON, D.O, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF BRANTLEY C. ROWLEN, ESQUIRE

STATE OF GEORGIA         *
                         *
COUNTY OF FULTON         *

Before me, the undersigned officer, duly authorized to administer oaths, personally appeared Brantley C. Rowlen, Esquire, who being duly sworn according to law did depose and state:

1. I, Brantley C. Rowlen, Esquire, am over the age of eighteen (18), have personal knowledge of the facts and matters set forth herein, and am competent to testify as to the facts and matters set forth herein.

2. The undersigned is counsel for Defendants Wallace Steve Anderson, D.O, Tammy Nichole Bass, LPN, South Georgia Correctional Medicine, LLC, Dr. Steve Anderson Behavioral Medicine, LLC and Dr. Steve Anderson, P.C. in the above-captioned action.

3. This is a civil action arising form Plaintiff Cedric Jones', as the surviving spouse of Brandi Nicole Griffin Jones, claims Defendants violated Brandi Nicole Griffin Jones'

1

      due process rights in violation of the Eighth and Fourteenth Amendments of the United States Constitution and 42 USC § 1983. (See Complaint for Damages, ¶¶ 53, 63, 76).

4. At all times material to this action, Defendants South Georgia Correctional Medicine, LLC, Steve Anderson, D.O. and Tammy Nichole Bass, LPN, had contracts with Coffee County to provide medical services to inmates at the Coffee County Jail.

5. When a private entity contracts with a county to provide medical services to inmates, it performs a function traditionally within the exclusive prerogative of the state and becomes the functional equivalent of the municipality. See Harvey v. Harvey, 949 F.2d 1127, 1129-30 (11th Cir. 1992); Harris v. Southern Health Partners, Inc., No. 5:11-CV-22, 2013 U.S. Dist. LEXIS 75546 at *24 (M.D. Ga. May 30, 2013).

6. At all times material to this action, Defendants South Georgia Correctional Medicine, LLC, Steve Anderson, D.O. and Tammy Nichole Bass, LPN were acting under color of law within the meaning of § 1983 in their alleged care and treatment of Brandi Nicole Griffin Jones. As such, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 to decide this controversy arising from alleged violations of the Eighth and Fourteenth Amendments of the United States Constitution and 42 USC § 1983.

7. At all times material to this action, Defendants Dr. Steve Anderson Behavioral Medicine, LLC and Dr. Steve Anderson, P.C. had no affiliation with Coffee County and never rendered medical treatment to Brandi Nicole Griffin Jones and, as such, are improperly named Parties.

8. This action was commenced in the State Court in and for Coffee County, Georgia. Defendants Wallace Steve Anderson, D.O, Tammy Nichole Bass, LPN, South Georgia Correctional Medicine, LLC, Dr. Steve Anderson Behavioral Medicine, LLC and Dr. Steve Anderson, P.C. initially learned of Plaintiff's Complaint, said pleading specifically naming them as Defendants for the first time, on or about May 17, 2017, following service of process.

10. That on the 1st day of June, 2017, I enclosed copies of the Notice of Removal to Opposing Counsel, together with the copy of the foregoing Notice, and envelope addressed to the opposing attorney, at his address, were duly sealed, stamped, addressed and deposited in the United States Mail at Atlanta, Georgia, for transmission to the same address on the date aforesaid.

FURTHER AFFIANT SAYETH NOT.

_____
Brantley C. Rowlen, Esq.

SUBSCRIBED and SWORN to
before me this 1st day of June, 2017.

_Elizabeth Rybicki_
Notary Public in and for the State of Georgia

My Commission Expires: 6/23/2020

[Notary Seal: ELIZABETH RYBICKI, NOTARY PUBLIC, GEORGIA, COBB COUNTY, EXPIRES JUNE 23, 2020]